# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RONALD W. HOLLINS,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV508 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **DEBT RELIEF OF AMERICA, INC. and MARK WILLIAMS,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court related to the defendant Debt Relief America, Inc.'s Motion Stay Proceedings and to Compel Arbitration, or alternatively, Motion to Dismiss (Filing No. 12). Based on the nature of the motion and at the movant's request, the deadline for the parties to file a planning report with the court pursuant to Federal Rule of Civil Procedure 26(f) will be continued. Upon consideration,

**IT IS ORDERED:**

The parties shall have **twenty (20) days** from the date an order is filed on Debt Relief America, Inc.'s motion (Filing No. 12), in which to file a planning report with the court pursuant to Federal Rule of Civil Procedure 26(f), if necessary.

DATED this 25th day of September, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge