**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **RONALD W. HOLLINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:06CV508** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **DEBT RELIEF OF AMERICA, INC. and** | ) | |
| **MARK WILLIAMS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court following a telephone conference with counsel for the parties.  By agreement of counsel, all proceedings in this matter are stayed pending resolution of the interlocutory appeal filed before the Eighth Circuit Court of Appeal.  Accordingly,

**IT IS ORDERED:**

The parties shall have **five (5) business days** from the date the mandate is filed on Debt Relief America, Inc.'s interlocutory appeal,  in which to schedule a telephone planning conference with the court.  Counsel for the plaintiff shall contact the chambers of the undersigned magistrate judge within such time period to schedule the telephone planning conference.

DATED this 25th day of April, 2007.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge