## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RONALD W. HOLLINS, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CASE NO. 8:06-CV-508 |
| DEBT RELIEF OF AMERICA, INC. & MARK WILLIAMS, | ) ) ) | **ORDER AND JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| Defendants. | ) ) ) | |

This matter comes before the Court upon Filing No. 37, the Stipulation for Dismissal with Prejudice. After considering that Stipulation,

**IT IS HEREBY ORDERED** that the Stipulation for Dismissal with Prejudice is approved; this case is dismissed in the manner set forth below:

1. All claims presented by the Complaint in this action shall be, and are, dismissed with prejudice as to all Defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure; and

2. Except as may be otherwise provided in a confidential settlement agreement between the parties, each party shall bear his or its own costs and attorneys' fees.

Dated this 7th day of September , 2007.

BY THE COURT:

/s Joseph F.Bataillon

_____
JOSEPH F. BATAILLON
Chief United States District Judge